Law Offices of Travis Gagnier, Inc., P.S.     Honorable Mary Jo Heston
Attorney at Law
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA  98063-3949
253-941-0234 Fax 941-0476

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

**ADAMS, Christina Marie,**
Debtor.

_____

**ADAMS, Christina Marie,**

Plaintiff,

v.

**UNITED STATES OF AMERICA
ACTING THROUGH THE U.S.
DEPARTMENT OF EDUCATION,**

Defendant.

Case No.  23-40286

Adversary Number: 24-04067

**STIPULATION FOR ORDER OF
DISMISSAL**

This Stipulation is entered into by and between Plaintiff, Christina Marie Adams and

Defendant, United States of America by and through their respective attorneys of record

THE PARTIES STIPULATE AS FOLLOWS:

1. The parties agree that the above adversary proceeding should be dismissed with each party

paying their own costs and attorney's fees based upon the Plaintiff's underlying Chapter 13

bankruptcy proceeding having been dismissed on October 17, 2025.

IT IS SO STIPULATED:

STIPULATION FOR ORDER OF DISMISSAL - 1

Case 24-04067-MJH    Doc 15    Filed 01/08/26    Ent. 01/08/26 07:29:21    Pg. 1 of 2

Dated January 8, 2026

Law Offices of Travis Gagnier, Inc., P.S.
Attorneys for Plaintiff


/s/ Travis A. Gagnier
Travis A. Gagnier, WSBA #26379
Gregory Jalbert, WSBA #9480
Of Counsel


Dated January 8, 2026

CHARLES NEIL FLOYD
United States Attorney


/s/ *Kristin B. Johnson*
KRISTIN B. JOHNSON, WSBA #28189
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-7970
Fax: 206-553-4067
Email: kristin.b.johnson@usdoj.gov

STIPULATION FOR ORDER OF DISMISSAL - 2

Case 24-04067-MJH   Doc 15   Filed 01/08/26   Ent. 01/08/26 07:29:21   Pg. 2 of 2