IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

**ADAMS, Christina Marie,**
Debtor.

_____

**ADAMS, Christina Marie,**

Plaintiff,

v.

**UNITED STATES OF AMERICA ACTING THROUGH THE U.S. DEPARTMENT OF EDUCATION,**

Defendant.

Case No.  23-40286

Adversary Number: 24-04067

**ORDER DISMISSING ADVERSARY PROCEEDING**

THIS MATTER having come on regularly based upon the Stipulation for Order of Dismissal and the Court having reviewed the files and records herein and being otherwise fully advised in the premises, it is

ORDERED, ADJUDGED AND DECREED that this above-entitled adversary proceeding is dismissed with each party bearing their own costs and attorney's fees.

///End of Order///

ORDER DISMISSING ADVERSARY PROCEEDING - 1

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA  98063-3949
Phone: (253) 941-0234  Fax: 941-0476

Case 24-04067-MJH    Doc 16    Filed 01/08/26    Ent. 01/08/26 07:31:05    Pg. 1 of 2

Presented by:
Law Offices of Travis Gagnier, Inc., P.S.
Attorneys for Plaintiff

/s/ Travis A. Gagnier
Travis A. Gagnier, WSBA #26379
Gregory Jalbert, WSBA #9480
Of Counsel

And


CHARLES NEIL FLOYD
United States Attorney


/s/ *Kristin B. Johnson*
KRISTIN B. JOHNSON, WSBA #28189
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-7970
Fax: 206-553-4067
Email: kristin.b.johnson@usdoj.gov

ORDER DISMISSING ADVERSARY PROCEEDING
- 2

Law Offices of Travis Gagnier, Inc., P.S
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA  98063-3949
Phone: (253) 941-0234  Fax: 941-0476

Case 24-04067-MJH    Doc 16    Filed 01/08/26    Ent. 01/08/26 07:31:05    Pg. 2 of 2